**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL KIRKLAND, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cv-00500-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| RIO HOTEL & CASINO, ) | |
| ) | |
| Defendant. ) | |

On January 8, 2014, the Court dismissed Plaintiff's claims and gave leave to file a motion to amend by February 7, 2014. (Order, ECF No. 5.) That deadline has now elapsed, and Plaintiff has not filed the required motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed without prejudice. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 12th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court